# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BONNI L. MALONE, | Case No.: 2:19-cv-00150-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 18] |
| NANCY A. BERRYHILL, | |
| Defendant(s). | |

The Court ordered that the parties confer and file a joint certification. Docket No. 13. As Ms. Malone is appearing *pro se*, she conferred on her own behalf and consented to the filing of the certification. As to any represented party, such as the Commissioner, the Court ordered that the conference must be handled by an "attorney[] of record." *Id.* The conference in this case was not handled by an attorney of record for the Commissioner, so the joint certification is **STRICKEN**. The Commissioner shall comply with the order at Docket No. 13, and file a proper joint certification by April 26, 2019.

IT IS SO ORDERED.

Dated: April 19, 2019

_____
Nancy J. Koppe
United States Magistrate Judge