# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BONNI L. MALONE, | Case No.: 2:19-cv-00150-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 21] |
| NANCY A. BERRYHILL, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for appointment of counsel. Docket No. 21. As a threshold matter, the Court construes the filings of *pro se* litigants liberally. *See, e.g.*, *Vernon v. Heckler*, 811 F.2d 1274, 1278 (9th Cir. 1987). The Court construes the instant motion as also seeking an extension to the deadline for Plaintiff to file an opening brief, which is **GRANTED**. The deadline set previously is **VACATED** and will be reset as appropriate after resolution of the motion for appointment of counsel.

The Court also **ORDERS** the Commissioner to respond to the motion for appointment of counsel by May 9, 2019. Any reply regarding appointment of counsel shall be filed by May 19, 2019.

IT IS SO ORDERED.

Dated: May 2, 2019

_____
Nancy J. Koppe
United States Magistrate Judge