# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BONNI L. MALONE, | Case No.: 2:19-cv-00150-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 25] |
| NANCY A. BERRYHILL, | |
| Defendant(s). | |

On May 3, 2019, the Court denied Plaintiff's motion for appointment of counsel and extended the deadline for her opening motion to be filed to July 3, 2019. Docket No. 24. Now pending before the Court is Plaintiff's renewed motion for appointment of counsel. Docket No. 25. The Commissioner did not respond to the motion.

As the Court explained previously, it cannot make coercive appointments of counsel in civil cases involving *in forma pauperis* litigants and requesting counsel for such litigants is done only in "exceptional circumstances." *See* Docket No. 24. The Court is not persuaded that exceptional circumstances have been shown in this case, so the Court hereby **DENIES** the motion for appointment of counsel.

The Court does, however, have a Pro Bono Pilot Program through which it can attempt to locate attorneys who might be willing to represent a litigant without charge. *See* General Order 2014-01. Referral of a case to that pilot program is entirely discretionary. *See id.* Having considered the pertinent factors, the Court hereby **REFERS** Plaintiff to the Pro Bono Pilot

1

Program.  Again, the Court cautions that referral to the program does <u>not</u> guarantee that an attorney will be located to assist Plaintiff on this case, only that efforts will be made to find one.

In light of the above, the Court also **EXTENDS** the deadline for Plaintiff to file her opening motion to September 30, 2019.  <u>This deadline applies regardless of whether Plaintiff has obtained counsel by that date</u>.

Accordingly, the motion for appointment of counsel is **DENIED**, this case is **REFERRED** to the Pro Bono Pilot Program, and the deadline for Plaintiff to file her opening motion is **EXTENDED** to September 30, 2019.

IT IS SO ORDERED.

Dated: July 23, 2019

_____
Nancy J. Koppe
United States Magistrate Judge