Josh M. Reid
Nevada Bar No. 7497
JReid@LRRC.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Plaintiff*
*Bonni L. Malone*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BONNI L. MALONE,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:19-cv-00150-APG-NJK<br><br>Assigned to: Judge Andrew P. Gordon<br>Referred to: Magistrate Judge Nancy J. Koppe<br><br>**[FIRST REQUEST]**<br><br>**JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF BONNI L. MALONE TO FILE AND SERVE HER OPENING BRIEF** |

Plaintiff Bonni L. Malone ("Plaintiff") and Defendant Nancy A. Berryhill, acting Commissioner of Social Security ("Defendant") (together, the "Stipulating Parties") hereby stipulate and agree, by and through their attorneys of record, as set forth below:

Pursuant to ECF #26 order referring plaintiff to the pro bono pilot program, Josh M. Reid made his appearance on September 10, 2019, ECF #29. As of that date, Plaintiff's counsel has been unable to gain access to the Social Security administrative record for this matter. On September 16, 2019, Plaintiff filed a Motion to Grant Plaintiff's Counsel Access to the Social Security Administrative Record.

WHEREBY, Plaintiff is requesting and Defendant agreeing to extend Plaintiff's time to file and serve her opening brief to October 31, 2019;

109245466.2

For the foregoing reasons, the Parties request this Court grant their Joint Stipulation extending Plaintiff's time to file and serve her opening brief to October 31, 2019.

**IT IS SO STIPULATED.**

DATED this 16th day of September, 2019.

SOCIAL SECURITY ADMINISTRATION

By:    */s/ Michael Kramer Marriott*
      Michael Kramer Marriott
      160 Spear Street, Suite 800
      San Francisco, CA 94105
      Michael.marriot@ssa.gov

      Mark E. Woolf
      U.S. Attorney's Office
      501 Las Vegas Blvd. South, Suite 1100
      Las Vegas, NV 89101
      Mark.Woolf@usdoj.gov

*Attorneys for Defendant Nancy A. Berryhill, Commissioner of Social Security*

DATED this 16th day of September, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By    */s/ Josh M. Reid*
     Josh M. Reid
     Nevada Bar No. 7497
     3993 Howard Hughes Pkwy, Suite 600
     Las Vegas, Nevada 89169
     *Attorneys for Plaintiff Bonni L. Malone*

2
109245466.2

## ORDER

Based on the above Joint Stipulation of the Parties, this Court hereby grants Plaintiff Bonni L. Malone an extension of time to file and serve an opening brief on or before October 31, 2019.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED**.

DATED: September 17, 2019

_____
United States Magistrate Judge

109245466.2