UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BONNI L. MALONE,

    Plaintiff(s),

v.

NANCY A. BERRYHILL,

    Defendant(s).

Case No.: 2:19-cv-00150-APG-NJK

**Order**

On September 16, 2019, Plaintiff's *pro bono* counsel filed a motion requesting access from the Clerk's Office to the administrative record. *See* Docket No. 30. On September 17, 2019, the Court granted that motion. Docket No. 32. It now appears through further discussions with the Clerk's Office that the limitations built into the CM/ECF system do not permit counsel to access the administrative record through the docket. The Court also notes that it appears that a copy of the record was provided to Plaintiff previously during the period in which she was proceeding *pro se*. *See, e.g.*, Docket No. 16 at 1 ("A copy of the transcript of proceedings has also been forwarded to the Plaintiff").

Given the above circumstances, the Court **VACATES** its order at Docket No. 32. The Court instead **INSTRUCTS** Plaintiff's *pro bono* counsel to consult his client as to whether she already has a copy of the administrative record that he can use to proceed with this case. In the event Plaintiff does not have the administrative record, Plaintiff's *pro bono* counsel shall confer with the United States Attorney's Office about it providing to Plaintiff's counsel a copy of the

1

administrative record through a mutually agreeable electronic method (*e.g.*, compact disc, thumb drive, etc.).

IT IS SO ORDERED.

Dated: September 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge