# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE L. MALONE,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL,<br><br>　　　Defendant(s). | Case No.: 2:19-cv-00150-APG-NJK<br><br>**ORDER** |

　　　Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

　　　IT IS SO ORDERED.

　　　Dated: February 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1